**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

Malcolm Johnson, Jr.,

     Plaintiff,

          v.                              Case No.   1:24-cv-00685

Cynthia Davis, *et al*.,

     Defendants.

## ORDER

This matter is before the Court on the Report and Recommendation ("R&R") filed by the Magistrate Judge on March 26, 2026 (Doc. 15).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties may forfeit rights on appeal if they failed to file objections to the R&R in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's R&R (Doc. 15) have been filed and the time to do so has expired.

Accordingly, it is **ORDERED** that the R&R (Doc. 15) of the Magistrate Judge is hereby **ADOPTED.** Consistent with the recommendation by the Magistrate Judge,

(1) plaintiff's Eighth Amendment claims of deliberate indifference to his serious mental health needs against defendants Bryant and Terry based on the alleged delays he faced in scheduling his mental health assessment are **DISMISSED WITHOUT PREJUDICE**,

(2) plaintiff's claims against defendant Davis for refusing to listen to his complaints about Mental Health are **DISMISSED WITHOUT PREJUDICE**,

1

(3) plaintiff's claims against defendant Carter based on his alleged failure to follow-up with plaintiff after initially seeing him in early 2024 are **DISMISSED WITHOUT PREJUDICE,**

(4) plaintiff's claims against defendant Collins based on her May 1, 2024 visit are **DISMISSED WITHOUT PREJUDICE**,

(5) plaintiff's claims against defendants Bryant, Parker, and Stanforth based on their denials of his grievances are **DISMISSED WITH PREJUDICE**,

(6) plaintiff's claims against defendant Oppy based on his alleged denial of plaintiff's request for a transfer are **DISMISSED WITH PREJUDICE**,

(7) plaintiff's claims against defendant Williams for removing him from the mental health caseload are **DISMISSED WITHOUT PREJUDICE**, and

(8) plaintiff's claims against the unnamed defendant are **DISMISSED WITHOUT PREJUDICE** for failure to state a claim upon which relief can be granted. 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1).

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that for the foregoing reasons an appeal of any Order adopting this Report and Recommendation would not be taken in good faith. *See McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997).

**IT IS SO ORDERED.**

 *s/Michael R. Barrett*
Michael R. Barrett, Judge
United States District Court

2